IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 4:06cr18-SPM

JOHN OSCAR MESSICK,

    Defendant.

_____/

## ORDER DENYING MOTION TO REDUCE SENTENCE

This cause comes before the Court on Defendant John Oscar Messick's letter, dated April 2009, which has been treated by the clerk as a motion to reduce sentence. Doc. 82. Defendant requests help from the Court in being placed under house arrest to finish the remainder of his sentence. For the following reasons, the motion will be denied.

1. The Bureau of Prisons online inmate locator shows that Defendant was released on May 17, 2011.

2. The Bureau of Prisons, and not this Court, has the authority under Title 18, United States Code, Section 3621(b), to designate the place of a prisoner's confinement. This Court has no jurisdiction to reduce Defendant's sentence to house arrest or to require the Bureau of Prisons to designate

Defendant's home as the place to finish the remainder of hi s sentence.

Based on the foregoing, it is

ORDERED AND ADJUDGED: Defendant's motion (doc. 82) is denied as moot and for lack of jurisdiction.

DONE AND ORDERED this 19th day of August, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge

CASE NO.: 4:06cr18-SPM